UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00467

**Tyreese Williams,**
*Plaintiff,*

v.

**D. Ryan Locker et al.,**
*Defendants.*

### ORDER

Plaintiff, proceeding pro se and in forma pauperis, filed this action under 42 U.S.C. § 1983. Doc. 9. The case was referred to a magistrate judge. Doc. 3. The magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice due to plaintiff's failure to keep the court apprised of his address and failure to comply with the court's order to show cause why his complaint was not barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Doc. 20. A copy of the report was mailed to plaintiff, but plaintiff did not file written objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 30, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -